FILED

2025 Nov-25  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **2:24-cr-00397-ACA-GMB** |
| | ) |
| **GRAHAM DANIEL ASH** | ) |

**<u>UNITED STATES' NOTICE OF
FACTUAL BASIS FOR BLIND PLEA</u>**

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully submits notice of the factual basis relevant under Rule 11(b)(3), *Federal Rules of Criminal Procedure*, for the change of plea hearing set for Tuesday, December 2, 2025.  The United States is prepared to prove, at a minimum, the following facts at a trial in case.

During an undercover operation in Washington D.C., in August 2023, ASH communicated with the FBI online covert employee (OCE) on two different social media applications.  ASH made numerous requests for images of the OCE's alleged eight-year-old daughter, and ASH asked the OCE for a "vid of [eight-year-old] saying hi [ASH] then putting your dick in her mouth."  On October 3, 2023, ASH sent the following message to the OCE, "The 13 year old did find a 12 year old that wants to do

1

a threesome with us. Fucked a 12yr 2 nights ago and she wants me again tonight."[1] ASH then sent the OCE four images of what appeared to be a minor female, including one close-up image of a minor female's vagina. On that same day during the evening hours, a federal search warrant was obtained for and executed at ASH's residence in Pinson, Jefferson County, Alabama.

At the execution of the search warrant, ASH was located at the residence, *Mirandized,* and agreed to speak with the agents. ASH claimed that he had no idea why agents were there and denied having any knowledge of the correspondence with the OCE. Although he admitted that the phone number associated with the account was his, ASH denied ever having an account on either of the social medial apps. ASH said he had a laptop on his nightstand in his bedroom but claimed he did not know the whereabouts of his cell phone. When agents located his smashed cell phones in the residence, they asked ASH if he smashed his phones. ASH stated, "I don't know." When asked why he would do that, ASH said, "I don't have anything to say about that." ASH was arrested on the warrant from the District of Columbia on charges of distribution of child pornography and coercion and enticement of a minor.[2]

---

[1] About a year later, in September 2024, agents identified and located this child who was 11 years old and lived in Kentucky. She would have been 10 years old at the time ASH raped and sodomized her. This incident forms the basis of the charge in count 11 in the superseding indictment.

[2] In the District of Columbia (Case No. 23-cr-381-TSC), ASH pled guilty to the charge of coercion and enticement and was sentenced to 216 months incarceration (18 years), followed by a lifetime of supervised release.

FBI agents in D.C. and the NDAL continued the investigation of ASH. During the investigation, evidence was uncovered of other crimes committed by ASH in the NDAL concerning multiple minor victims located throughout the United States.  Multiple search warrants were obtained for ASH's online accounts, including Snapchat and Google.  The records revealed that ASH was in communication with multiple children as well as with adults who had access to children.  In the chats, ASH repeatedly requested child sexual abuse material (CSAM), received CSAM, and used and directed children to perform sexually explicit acts for him.

Snapchat and Google use the Internet, and the Internet is an instrumentality of interstate commerce.  *United States v. Hornaday*, 392 F.3d 1306, 1311 (11th Cir. 2004). Telephones and cellular telephones are instrumentalities of interstate commerce, even when they are used intrastate.  *United States v. Evans*, 476 F.3d 1176, 1180-81 (11th Cir. 2007).

**B.L. [Minor Victim 1 ("MV1"); 14 years old] – Counts 1 and 6**

Between on or about September 17, 2023, and September 30, 2023, ASH communicated with MV1.  In the chats, MV1 told ASH that she was 14 years old and was a freshman in high school.  In the chats, ASH requested nude images and videos from MV1 and instructed her to find objects around the house to insert inside of her vagina.  On September 22, 2023, ASH messaged MV1 the following:

ASH:  I'll tell you the first task that way you can think on it until you get home.
 I want you to find three objects from around the house for you to use in

your pussy and show me. Toothbrush and hairbrush don't count. Be
creative. This task is so that your mind will start seeing everyday
objects as something you can fuck yourself with

On that same date, MV1 sent the following described images and videos to ASH:
File 1:  Close up image of female inserting a pink highlighter into her vagina.
File 2:  Video depicting female masturbating with pink highlighter.
File 3:  Video depicting female masturbating with mascara tube.
File 4:  Video depicting female masturbating with makeup brush.
File 5:  Video depicting female masturbating with hairbrush.

For sentencing guideline purposes, ASH possessed approximately 391 CSAM

images of MV1.

MV1 was contacted and a forensic interview was conducted at the FBI Kansas

City Field office in March 2024.  MV1 said that she met an individual on Snapchat

who went by "Piper."  MV1 said she thought Piper[3] was a teenage girl.  MV1 said that

she told Piper that she was 14 years old.  Piper requested MV1 to add a guy friend

of hers on Snap (ASH).  MV1 said that ASH requested nude images of her boobs,

butt, and vagina.  She said she did not want to send them but that she did eventually.

MV1 said ASH would request photos daily.  She said that ASH also sent her images

of his penis.  MV1 explained how ASH would instruct her to use items, such as a

hairbrush, to touch and/or insert inside her vagina.  ASH also wanted to meet her at

a hotel for sex.  MV1 identified the Snapchat communications between her and ASH.

She also identified herself in several of the images and stills taken of the videos in the

---

[3] Through the investigation, "Piper" was later identified as ASH.

communications that she sent ASH.

**M.K. [Minor Victim 2 ("MV2"); 11 years old] – Counts 2 and 7**

Between approximately February 28, 2023, and June 2, 2023, ASH communicated on Snapchat with MV2.

**Chats on February 28, 2023**

ASH: How old?
MV2: 12[4]
ASH: Cool. You share pics?
MV2: No
ASH: okay.
MV2: Why
ASH: Looking for cute girls that send nudes. If not then maybe hook me up with friends.
MV2: Do u like young girls
ASH: Love them. Always wanted to fuck a young girl
MV2: Would you hurt me during sexy
ASH: Only in good ways. Can I see your young little pussy?
MV2: Sure but what 3 names do I call u
ASH: You can call me Master, Daddy or Sir
ASH: Show me that pussy baby girl
MV2: [Sent cropped image of her exposed vagina]
ASH: You got to send me more than just that picture. I want full body nudes and you fingering yourself.
I want to call you my slave and I just want to reference your pussy as that sexy little 12-year-old pussy
Do the anal fingering and talking I said

MV2 was identified by agents and a forensic interview was conducted at a Child Advocacy Center in Texas in March 2024. MV2 was shown several images located in her chat messages with ASH. She identified herself in several images including

---

[4] Although MV2 told ASH she was 12 years old, she was 11 years old at that time. She would turn 12 in May 2023.

images that depicted a closeup of a vagina. ASH possessed a total of five CSAM images of MV2.

***T.R. [Minor Victim 3 ("MV3"); 14 years old] – Counts 3 and 8***

Between approximately March 25, 2023, and September 28, 2023, ASH communicated on Snapchat with user MV3. MV3 told ASH that she was 14 years old. ASH made multiple requests for and received CSAM from MV3. For sentencing guideline purposes, ASH possessed 242 CSAM images of MV3.

### Chats on March 26, 2023

ASH: The way I work is that we go through all of the bondage gear and toys that I have. You tell me everything that you want me to use on you and it stays put. The things you don't want to go away. I explain to you how everything works and how I would use it on you. Once you feel comfortable and understand and agree to everything, we would start. You would get safe words but after that, no other talking. I take full control and I do as I please within your limits for hours

MV3: I'm 14 isn't that too young

Based on the chat communications, it appeared that ASH and MV3 spoke on the phone several times. ASH required MV3 to engage in "punishments" as part of their relationship. Through the investigation, agents were able to identify MV3, and a forensic interview was conducted at a Children's Advocacy Center in Missouri in April 2024. MV3 remembered being 13 or 14 years old when she first met the user "Piper" (a/k/a ASH) on Snapchat. MV3 said that Piper sent her a video of a female using a glass toy on her vagina and that MV3 sent Piper nude images of herself. MV3 said that Piper introduced her to "Josh" (ASH) about a week after she met her. MV3

6

said she told ASH her true age and her address. She said ASH would send her "BDSM" images that depicted nude women in bondage. She said she did send ASH nude images at his request. MV3 said that ASH instructed her to play with herself with a bubble wand and that she would send those type of videos to him. MV3 identified images of the chat communications between her and ASH. MV3 was shown several images located in the chats, and she identified herself in the images.

### K.H. [Minor Victim 4 ("MV4"); 12 years old] – Count 5

Screen recordings of the communications with MV4 were in ASH's Google account, along with numerous CSAM images and videos of MV4. For sentencing guidelines purposes, ASH possessed over 2,000 CSAM images of MV4. Based on the Google records, it appeared that ASH communicated on Snapchat with MV4 from February to March 2023. Some of the recordings are described below.

**Recordings on February 15, 2023**

<u>Video 1</u>: Video depicting a female nude from the waist down and masturbating while sitting on sink counter.

<u>Video 2</u>: Duplicate of the video above but depicts an individual opening the Snapchat from MV4.

<u>Video 3</u>: The video is like the above videos but depicted the individual opening the video from the Snapchat chat window. A saved message from ASH can be seen and read as follows: "... broken rule, I want you to keep your shorts off after the booty pic, laydown and send a fit if you rubbing your pussy. Hold the phone towards your chest where daddy can only see your hand playing and nothing...". Another message reading "Can you do a standing pic?" Then messages from MV4 saying, "Am I doneeee", "I'm like rlly rlly rlly insecure about my body so

7

even that was difficult for me" and "But I didn't want to get in trouble."

ASH had over 20 CSAM videos of MV4 in his Google account.

MV4 was identified, and a forensic interview was conducted at the FBI in California in May 2024. MV4 said that she added a user on Snapchat that she referred to as "G" (a/k/a ASH). She did not remember exactly when it started but did say it was earlier in the year. She said she was 12 years old at the time. MV4 said that she told "G" she was 14 years old, and "G" told her he was 18 years old. MV4 said "G" did want nude images of her body, and he would tell her to insert items inside herself, like a brush. She said that she did send nude images and videos to "G". She said that "G" told her to call him "daddy." MV4 identified herself in several images and stills from videos located in ASH's account.

### B.D. [Minor Victim 5 (MV5); 8 years old] and A.D. [Minor Victim 6 (MV6); 7 years old] – Count 10

Screen recordings of Snapchat communications between ASH and both MV5 and MV6 were uploaded by ASH to his Google account. It appeared that the communications occurred in or about March 2023 on Snapchat when MV5 was eight years old. ASH's Google account contained numerous CSAM videos of MV5. One of the screen recordings involved MV6, who was seven years old. MV5 and MV6 appeared together in CSAM videos in ASH's account. In one of the screen recordings, it appears that ASH is driving his vehicle when he opens the Snap message on his phone which is of MV5 and MV6 performing oral sex. At one point

during this recording, ASH's face can be seen in the reflection from the phone.

Both MV5 and MV6 were identified, and forensic interviews were conducted. MV6 identified herself and MV5 in some of the screen recordings. MV6 said that a girl named "Piper" on Snapchat asked for the videos of MV5 and MV6. MV6 said that Piper sent photos of "her parts" too.

### S.W. [Minor Victim 7 (MV7); 11 years old] – Count 11

During a review of ASH's cell phone in September 2024, FBI agents located chats between ASH and MV7. They also located a video which depicted an adult male performing oral sex on a minor female. In the video, the minor female is fully exposed and a gold necklace with a cross can be clearly seen around her neck. The same gold cross necklace was seen in photos of MV7 that she sent to ASH on Snapchat. The videos of MV7 extracted from ASH's destroyed cell phone included EXIF data with a date of October 2, 2023, at around 12:46AM. These videos also matched the ones contained in ASH's Snapchat account.

MV7 was identified and located by FBI agents in Kentucky in September 2024. In the forensic interview, MV7 stated that a girl named "Piper" (a/k/a ASH) added MV7 as a friend on Snapchat. Piper said she was 14 years old. Piper sent photos of a female's body that she claimed was her, and MV7 sent clothed photos and videos of herself. After a couple days of being friends, Piper introduced MV7 to ASH. MV7 said she initially told ASH that she was 14 years old but then told him she was really

11.   At ASH's request, she sent certain sexual photos of herself.  ASH also sent sexual photos to MV7 to include photos of his penis and his face.    MV7 identified herself in the CSAM images located on ASH's cell phone as ones she had taken and sent to ASH.

MV7 said that approximately two days after they started talking on Snapchat, ASH came to see her in Kentucky.  On a piece of paper, MV7 wrote, "He rape [sic] me because I didn't send him the pics."   MV7 explained that ASH picked her up in his black pickup truck and told MV7 that she had to do everything he said when they got to where they were going.   When he stopped the truck, ASH made MV7 get on her knees and perform oral sex on him.  She said he also had sexual intercourse with her.   MV7 said ASH sent her the photos and videos he took of their sexual acts using his cell phone.

During the forensic interview, MV7 was shown images and screenshots from the videos located on ASH's cell phone that agents believed to have been those taken the night ASH raped and sodomized MV7.  One of the images was a screenshot from a video which depicted an adult male's erect penis in a young girl's mouth.  MV7 identified herself as the young girl.  She explained that it was taken that night in ASH's truck when he raped her in Kentucky.  Another image was of a nude young girl lying on her back with her legs spread, exposing her vaginal area, while an adult male held a sex toy against the girl's vagina.  MV7 identified ASH and her in the

10

photo. A third image was shown to MV7 which portrayed an adult male's penis penetrating a young female's vagina. Again, MV7 identified herself and ASH in the image. A few days after ASH raped and sodomized MV7, she said both ASH and "Piper" stopped messaging her.[5]

In response to legal process, geolocation data was provided by Verizon (ASH's service provider). The FBI Cellular Analysis Survey Team (CAST) conducted a historical mobile device location analysis. Based on this analysis, it appeared that ASH traveled from his residence in Jefferson County, Alabama, to the approximate location of MV7's residence in Kentucky on or about October 1, 2023, where he remained for approximately one hour before traveling back to his residence in Alabama on October 2, 2023.

Coincidentally, on October 3, 2023, ASH had sent the following message to the OCE, "Fucked a 12yr 2 nights ago and she wants me again tonight." ASH then sent the OCE four images of what appeared to be a minor female, including one close-up image of a minor female's vagina. These images were identified by MV7 as being images of her. Agents also located the following message sent by ASH to MV7 on Snap on October 2, 2023, after 9:00 am: "I won't know what's hard versus very hard. Next time we fuck, you'll have to say 'easy Daddy' or use safe word 'Yellow' and that'll let me know."

---

[5] ASH was arrested on a federal complaint on October 3, 2023, and detained.

11

***ASH's Prior Conviction Requires Registration as Sex Offender – all counts
in the superseding indictment***

Before committing the charges in the federal superseding indictment, ASH was arrested in April 2019 for traveling to meet a child for an unlawful sex act. On or about July 22, 2022, ASH was convicted of Electronic Solicitation of a Child, in violation of Alabama Code 1975 § 13A-6-122, in the Circuit Court for Jefferson County, Alabama, in case number CC-2021-503. As of the date of the chats with the OCE, ASH was still on state probation for that offense. Due to his prior sex conviction, ASH is required to registered as a sex offender under the Sex Offender Registration and Notification Act in accordance with Alabama and Federal laws. As explained in previous paragraphs, ASH then committed additional felony offenses involving a minor under Title 18, United States Code, Sections 2251, 2422, and 2241.

Respectfully submitted, this the 25th day of November 2025.

PRIM F. ESCALONA
UNITED STATES ATTORNEY

By:    */s/ R. Leann White*
R. LEANN WHITE
Assistant United States Attorney
United States Attorney's Office

12

## CERTIFICATE OF SERVICE

I certify that I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the defendant.

/s/ R. Leann White
R. LEANN WHITE