FILED
2025 Dec-02  PM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:24-cr-397-ACA-GMB** |
| | } | |
| **GRAHAM DANIEL ASH,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

Defendant, **Graham Daniel Ash**, will be sentenced in the above criminal case on **March 10, 2026, 9:30 AM**, in Courtroom 6B, Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama. Counsel is reminded that the mandatory assessment fee is due at the time of sentencing.

Absent a written waiver filed with the Court, the Probation Office will provide a Presentence Report in accordance with Federal Rule of Criminal Procedure 32(d) not later than 35 days before **Mr. Ash's** sentencing. All objections to the Presentence Report must be filed within **14 days** of receiving the Presentence Report.

All unresolved objections, sentencing memoranda, character letters, motions for variance and/or downward departure *must* be filed by **March 3, 2026**. Responses to any of the forgoing must be filed by **March 5, 2026**.

To assist the court and as a courtesy to attorneys with other hearings scheduled on the date of this sentence, please email axon_chambers@alnd.uscourts.gov with copy to all counsel **seven days** before the sentencing date if you: (a) intend to call witnesses at sentencing; and/or (b) need exhibit identification stickers.

Defense counsel is DIRECTED to review the Standard Conditions of Supervised Release with the defendant in advance of the hearing. Defendant should be prepared to attest that the conditions have been reviewed.

**DONE** and **ORDERED** this December 2, 2025.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE